UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-6264-MWF (AGRx)**               Date: **August 22, 2012**

Title:    National Improvement Fund, LLC -*v*- Sophie Volovnik

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION

  On July 20, 2012, Defendant removed this action to federal court.  The jurisdictional allegations appeared to be defective, and on July 26, 2012, the Court *sua sponte* issued an Order to Show Cause re Subject Matter Jurisdiction, directing Defendant to respond in writing no later than August 8, 2012, and advising Defendant of the District's Pro Se Clinic.  (Docket No. 4).  Defendant did not respond to the Order to Show Cause.

  Accordingly, the Court concludes that it lacks subject matter jurisdiction over the claims at issue and *sua sponte* remands the action to California State Court.

  IT IS SO ORDERED.